

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**William L. Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax: 212-798-6927
wcharron@pryorcashman.com

April 7, 2025

**VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York  10007-1312

RE:   Sun v. Geffen et al., No. 25-cv-00995-AT (S.D.N.Y.)

Dear Judge Torres:

Plaintiff Sun Yuchen Justin and Defendants David Geffen and Ithaka Trust jointly submit this letter pursuant to the Order filed February 5, 2025 (Dkt. 12).  In accordance with Your Honor's Order, the parties write to advise the Court that they do not consent to conducting all further proceedings before the assigned Magistrate Judge.

Respectfully submitted,

PRYOR CASHMAN LLP                           NAGY WOLFE APPLETON LLP

 /s/  William L. Charron                          /s/ Tibor L. Nagy, Jr.
William L. Charron                               Tibor L. Nagy, Jr.
*Attorney for Plaintiff*                         *Attorney for Defendants*
*Sun Yuchen Justin*                              *David Geffen and Ithaka Trust*

Cc: All counsel of record via ECF