# Exhibit 1



David Geffen, as Trustee of Ithaka Trust
David Geffen, individually
c/o Richard Sherman
12011 San Vincente Blvd., Suite 606
Los Angeles, CA 90069

January 23, 2024

Re: Agreement between David Geffen, as Trustee, David Geffen individually and APENFT Foundation dated January 23, 2024 (the "Agreement")

Gentlemen:

I am an attorney in good standing in the Republic of China and I represent APENFT Foundation and Justin Sun, individually, in connection with the Agreement. This letter is to confirm the following:

1. The sculpture *Le Nez* by Alberto Giacometti is solely owned by APENFT Foundation is free and clear of any and all liens.
2. Justin Sun has no nor has ever had any relationship with nor any knowledge of Sunshine Vision Inc. or the individual named Justin Sun as named in the search report prepared by Luminant. My client, Justin Sun, has never registered a company named Sunshine Vision Inc. and has never applied for any loan in the United States.
3. Justin Sun's signature to this letter is to confirm that he, individually and severally guarantees and makes the representations and warranties made by APENFT Foundation in the Agreement are true and correct.
4. APENFT Foundation agrees that this letter is an amendment to the Agreement as provided in paragraph 9.9 of the Agreement.

Very truly yours,
Laura Chang

张丽

The above is hereby agreed to:

_SUN YUCHEN_ (signature)
Justin Sun

_____
APENFT Foundation

_____ (signature)
By: Sydney Xiong, President