#  Exhibit B



# RELEASE ORDER

| Date of Release: | 18/09/2023 | Job Reference: | AMPR233799JTPT |
| --- | --- | --- | --- |
| | | Transaction Id: | Tra-143846 |
| Release To: | Fondation Giacometti | Created By: | Zi Jun Lee |

**Number of items:** 1 artwork as below

| Item No | Artist Name | Artwork | Barcode | Image |
| --- | --- | --- | --- | --- |
| 1 | Alberto Giacometti | LE NEZ | SG220912004 | |

Released in as is condition by:

Name: Sydney Xiong
On behalf of BLACK ANTHEM LIMITED

AMPR233799JTPT / Tra-143846

Helu-Trans (S) Pte Ltd, 39 Keppel Road, Tanjong Pagar Distripark, #02-04/05
Singapore 089065 | TEL: (+65) 6225 5448 | FAX: (+65) 62732282 | www.helutrans.com