# Exhibit C

# BVI FINANCIAL SERVICES COMMISSION

# LIST OF DIRECTORS

| | | |
|---|---|---|
| Company No. : 2010518 | | Filing Date : 11/12/2020 |
| Company Name : Black Anthem Limited | | |

INDIVIDUAL DIRECTORS

| S/No. | Name | Director Type |
|---|---|---|
| 1 | Yuchen Sun | Director |

