Exhibit D

| From: | Robert Caldwell |
| --- | --- |
| Sent: | Thursday, December 19, 2024 2:22 PM |
| To: | Helen Tse |
| Subject: | FW: Prolongation request of the loan of M. Sun's work "The Nose" |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Steve liu <steve.liu@tron.network>
**Sent:** Thursday, December 19, 2024 2:06 PM
**To:** Robert Caldwell <rcaldwell@loeb.com>; htse@leob.com
**Subject:** Fwd: Prolongation request of the loan of M. Sun's work "The Nose"

**CAUTION: EXTERNAL EMAIL**

Instructions to redirect Le Nez to NYC warehouse by Sydney without due authorization after the Paris exhibition

---------- Forwarded message ---------
From: **Sydney xiong** <sydney.xiong@tron.network>
Date: Thu, 19 Dec 2024 at 12:38 AM
Subject: Fwd: Prolongation request of the loan of M. Sun's work "The Nose"
To: H.E. Justin Sun <justin@tron.network>, Steve liu <steve.liu@tron.network>


---------- 转发的邮件 ---------
发件人： **Hugo Daniel** <h.daniel@fondation-giacometti.fr>
日期：2023年11月8日 周三下午10:41
主题：Prolongation request of the loan of M. Sun's work "The Nose"
收件人： Sydney xiong <sydney.xiong@tron.network>
抄送： Alban Chaine <a.chaine@fondation-giacometti.fr>, Elodie he <elodie.he@tron.network>, Storage SG <storagesg@helutrans.com>, Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>, Randy Chiu <randychiu@helutrans.com>

Dear Sydney,

From October 7, 2023, the Institut Giacometti presents an exhibition devoted to Alberto Giacometti's « The Nose ».
And we are delighted to be able to count on the the support of the Justin Sun's collection, and of the loan of *The Nose* (1949-1964).

1

In view of the public success of this exhibition, we would like to extend its duration, postponing its closing date from January 7, 2024 to January 14, 2024.

I would be most grateful if you would allow us to extend the loan of M. Sun's Nose (loan agreement here below), which is essential to the exhibition's itinerary and purpose.

In the hope of a favorable response,
Best regards,


Hugo


> Le 20 juil. 2023 à 20:09, Asia Bretonnier <a.bretonnier@fondation-giacometti.fr> a écrit :
>
> Dear Randy, dear Sydney,
>
> I hope you are both well. I come back to you with some information and question regarding the upcoming loan of *The Nose*.
>
> Please find enclosed our facility report and loan form : I would be most grateful if you could complete and sign the loan form. We particularly would like to know if you agree to have the work insured nail to nail by our broker Gallagher or if you have your own insurer. In that case, I am at your disposal if you want me to contact them.
>
> The shipping company we work with is André Chenue, who coordinates the transport and installation of our exhibitions at the Foundation. Our contact there, Caroline Fortun, already got in touch with someone from Helutrans to have an estimate of the transportation.
>
> I remain at your disposal if any other information is needed.
>
> With all my thanks,
> Best regards,
>
> Asia Bretonnier
> Régisseuse / Registrar
> Fondation Giacometti
>
> a.bretonnier@fondation-giacometti.fr
> +33 (0)7 85 57 48 22
> +33 (0)1 44 54 34 86
>
> <image005.png>
>
> 3 bis cour de Rohan
> 75006 Paris
> www.fondation-giacometti.fr
>
> ---
>
> **De :** Randy Chiu <randychiu@helutrans.com>
> **Date :** jeudi, 6 juillet 2023 à 08:27
> **À :** Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>
> **Cc :** Sydney xiong <sydney.xiong@tron.network>, Alban Chaine <a.chaine@fondation-giacometti.fr>, Elodie he <elodie.he@tron.network>, Hugo Daniel <h.daniel@fondation-giacometti.fr>, Priscillia Tan <priscilliatan@helutrans.com>, Storage SG

<storagesg@helutrans.com>
**Objet :** Re: Loan and transport of M. Sun's work "The Nose"

Hi Asia,

Thanks for the email.

**The work has an existing crate with dimensions:** 101 x 82 x 158(H) in cm.
We will mark on our calendar to have the crate arrive at Paris airport in Week 38.

We will touch base with you again nearer to the time.


Best regards


**Randy Chiu** | General Manager | **Helu-Trans (S) Pte Ltd** | d. +65 6329 6831 | t. +65 6225 5448 | f. +65 6273 2282 | randychiu@helutrans.com | www.helutrans.com
**Helu-Trans Group | Singapore** · Hong Kong · Shanghai · Beijing · Yogyakarta


On Tue, Jul 4, 2023 at 10:43 PM Asia Bretonnier <a.bretonnier@fondation-giacometti.fr> wrote:
> Dear Sydney,
>
> Thank you for your answer. I am at Randy's disposal to discuss the coordination of the loan and shipping.
>
> Best regards,
>
> Asia Bretonnier
> Régisseuse / Registrar
> Fondation Giacometti
>
> a.bretonnier@fondation-giacometti.fr
> +33 (0)7 85 57 48 22
> +33 (0)1 44 54 34 86
>
> <image006.png>
>
> 3 bis cour de Rohan
> 75006 Paris
> www.fondation-giacometti.fr
> _____
> **De :** Sydney xiong <sydney.xiong@tron.network>
> **Date :** mardi, 4 juillet 2023 à 14:11
> **À :** Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>
> **Cc :** Alban Chaine <a.chaine@fondation-giacometti.fr>, Elodie he <elodie.he@tron.network>, Hugo Daniel <h.daniel@fondation-giacometti.fr>, Priscillia Tan <priscilliatan@helutrans.com>, Randy Chiu <randychiu@helutrans.com>, Storage SG <storagesg@helutrans.com>
> **Objet :** Re: Loan and transport of M. Sun's work "The Nose"

Hi Asia,

Sure, both way works. Please coordinate with @randy here.

Sydney

Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>于2023年7月4日 周二下午6:08写道：

> Hi Sydney,
>
> We would need the work to arrive the week prior to the installation, between September 25th and 29th.
> Another possibility is to have the transport planned before that week, if you agree to have the crate stay in our securated storage where the collection of the Foundation is stored.
>
> All the best,
>
> Asia Bretonnier
> Régisseuse / Registrar
> Fondation Giacometti
>
> a.bretonnier@fondation-giacometti.fr
> +33 (0)7 85 57 48 22
> +33 (0)1 44 54 34 86
>
> <image007.png>
>
> 3 bis cour de Rohan
> 75006 Paris
> www.fondation-giacometti.fr
>
> **De :** Sydney xiong <sydney.xiong@tron.network>
> **Date :** mardi, 4 juillet 2023 à 11:44
> **À :** Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>
> **Cc :** Alban Chaine <a.chaine@fondation-giacometti.fr>, Elodie he <elodie.he@tron.network>, Hugo Daniel <h.daniel@fondation-giacometti.fr>, Priscillia Tan <priscilliatan@helutrans.com>, Randy Chiu <randychiu@helutrans.com>, Storage SG <storagesg@helutrans.com>
>
> **Objet :** Re: Loan and transport of M. Sun's work "The Nose"
>
> Hi Asia,
>
> May I know when is the estimated transport date?
>
> Sydney
>
> Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>于2023年7月4日 周二下午5:43写道：
>
>> Dear Sydney and Randy,
>>
>> Nice to virtually meet you. I'll be working on this upcoming exhibition and arrange the details of the loan.
>>
>> I wanted to check with you if the work has an existing crate. Also, do you have an insurer you would like to work with or would you agree to insure the work with our broker Gallagher ?

With your agreement, the transport can be organized from Singapore to Paris by the shipping company Chenue, with whom we work.

I am at your disposal should you have any question regarding this loan.

With all my thanks,
Best regards,

Asia Bretonnier
Régisseuse / Registrar
Fondation Giacometti

a.bretonnier@fondation-giacometti.fr
+33 (0)7 85 57 48 22
+33 (0)1 44 54 34 86

<image008.png>

3 bis cour de Rohan
75006 Paris
www.fondation-giacometti.fr

**De :** Randy Chiu <randychiu@helutrans.com>
**Date :** vendredi, 30 juin 2023 à 06:47
**À :** Hugo Daniel <h.daniel@fondation-giacometti.fr>, Sydney xiong <sydney.xiong@tron.network>
**Cc :** Elodie he <elodie.he@tron.network>, Alban Chaine <a.chaine@fondation-giacometti.fr>, Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>, Priscillia Tan <priscilliatan@helutrans.com>, Storage SG <storagesg@helutrans.com>
**Objet :** Re: Loan and transport of M. Sun's work "The Nose"

Hi Sydney,
Thanks for connecting us.

Hi Hugo,
The work is currently kept in bonded storage at our Singapore facility.
Please let us know what are your transportation plans and what assistance you would need from us ?

Best regards

**Randy Chiu** | General Manager | Helu-Trans (S) Pte Ltd | d. +65 6329 6831 | t. +65 6225 5448 | f. +65 6273 2282 | randychiu@helutrans.com | www.helutrans.com
**Helu-Trans Group** | **Singapore** · Hong Kong · Shanghai · Beijing · Yogyakarta

On Fri, Jun 30, 2023 at 1:25 AM Sydney xiong <sydney.xiong@tron.network> wrote:
> hi Hugo,

Let's discuss the process here, also looping in @Randy Chiu here who will help us coordinate the piece as well.

Best,
Sydney

On Thu, Jun 29, 2023 at 9:41 PM Hugo Daniel <h.daniel@fondation-giacometti.fr> wrote:

Hi Elodie, Hi Sidney,

Many thanks.
Looking forward, best,

Hugo


Le 29 juin 2023 à 15:37, Elodie he <elodie.he@tron.network> a écrit :

Hi Hugo,

Thanks for reaching out. It's great to hear from you.

I have cc'd Sydney here who will get back to you with some details of the Nose. Thanks.

Kind regards,
Élodie

Sent from Outlook for iOS

**From:** Hugo Daniel <h.daniel@fondation-giacometti.fr>
**Sent:** Thursday, June 29, 2023 9:19 pm
**To:** elodie.he@tron.network<elodie.he@tron.network>
**Cc:** Alban Chaine <a.chaine@fondation-giacometti.fr>; Asia Bretonnier <a.bretonnier@fondation-giacometti.fr>
**Subject:** Loan and transport of M. Sun's work "The Nose"

Dear Elodie,

I hope this fonds you well.

The exhibition preparation is making progress. And we would like to schedule more precisely the transport and installation of Justin Sun's *Nose*.
I would like to introduce you to our registrars, here in copy, Alban Chaine and Asia Bretonnier who will be working on the exhibition.
Could you give us the contact of the person with whom Alban and Asia could schedule the transport of the work ?

With my best regards,

Hugo

**Hugo Daniel**, PhD
Responsable de l'École des Modernités, Chargé de mission curatoriale /
Head of the École des Modernités Research Programs, Associate Curator

[h.daniel@fondation-giacometti.fr](mailto:h.daniel@fondation-giacometti.fr)
+33 (0)1 87 89 76 73
+33 (0)6 04 95 49 74


<image001.png>


5, rue Victor Schoelcher
75014 Paris
www.fondation-giacometti.fr


------------------------------

The information contained in this email and any files transmitted with it are confidential and may be legally privileged **and protected by law**. It is intended solely for the use of the individual or entity to whom they are addressed (or meant to be addressed to). If you are not the intended recipient **or their agent**, be advised that you have received this email in error and that any review, use, dissemination, forwarding, printing, copying, or **storage** of this email or any action in reliance upon it, is strictly prohibited and unlawful. If you have received this email in error please notify the sender **immediately** and **permanently** delete all copies of this email and any attachments contained therein from all computers.

------------------------------

This email, including all its attachments, is confidential and sent to provide information for discussion purposes only. No recipient may treat this **correspondence** as constituting an invitation, offer or solicitation to purchase or subscribe to an investment **contract subject to federal securities law**.

------------------------------

------------------------------

The information contained in this email and any files transmitted with it are confidential and may be legally privileged **and protected by law**. It is intended solely for the use of the individual or entity to whom they are addressed (or meant to be addressed to). If you are not the intended recipient **or their agent**, be advised that you have received this email in error and that any review, use, dissemination, forwarding, printing, copying, or **storage** of this email or any action in reliance upon it, is strictly prohibited and unlawful. If you have received this email in error please notify the sender **immediately** and **permanently** delete all copies of this email and any attachments contained therein from all computers.

------------------------------

This email, including all its attachments, is confidential and sent to provide information for discussion purposes only. No recipient may treat this **correspondence** as constituting an invitation, offer or solicitation to purchase or subscribe to an investment **contract subject to federal securities law**.

------------------------------

------------------------------

The information contained in this email and any files transmitted with it are confidential and may be legally privileged **and protected by law**. It is intended solely for the use of the individual or entity to whom they are addressed (or meant to be addressed to). If you are not the intended recipient **or their agent**, be advised that you have received this email in error and that any review, use, dissemination, forwarding, printing, copying, or **storage** of this email or any action in reliance upon it, is strictly prohibited and unlawful. If you have received this email in error please notify the sender **immediately** and **permanently** delete all copies of this email and any attachments contained therein from all computers.

------------------------------

This email, including all its attachments, is confidential and sent to provide information for discussion purposes only. No recipient may treat this **correspondence** as constituting an invitation, offer or solicitation to purchase or subscribe to an investment **contract subject to federal securities law**.

------------------------------


------------------------------

The information contained in this email and any files transmitted with it are confidential and may be legally privileged **and protected by law**. It is intended solely for the use of the individual or entity to whom they are addressed (or meant to be addressed to). If you are not the intended recipient **or their agent**, be advised that you have received this email in error and that any review, use, dissemination, forwarding, printing, copying, or **storage** of this email or any action in reliance upon it, is strictly prohibited and unlawful. If you have received this email in error please notify the sender **immediately** and **permanently** delete all copies of this email and any attachments contained therein from all computers.

------------------------------

This email, including all its attachments, is confidential and sent to provide information for discussion purposes only. No recipient may treat this **correspondence** as constituting an invitation, offer or solicitation to purchase or subscribe to an investment **contract subject to federal securities law**.

------------------------------

<Loan form_Le Nez.pdf><Facility Report Institut Giacometti.pdf>

------------------------------

The information contained in this email and any files transmitted with it are confidential and may be legally privileged **and protected by law**. It is intended solely for the use of the individual or entity to whom they are addressed (or meant to be addressed to). If you are not the intended recipient **or their agent**, be advised that you have received this email in error and that any review, use, dissemination, forwarding, printing, copying, or **storage** of this email or any action in reliance upon it, is strictly prohibited and unlawful. If you have received this email in error please notify the sender **immediately** and **permanently** delete all copies of this email and any attachments contained therein from all computers.

------------------------------

This email, including all its attachments, is confidential and sent to provide information for discussion purposes only. No recipient may treat this **correspondence** as constituting an invitation, offer or solicitation to purchase or subscribe to an investment **contract subject to federal securities law**.