**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUN, YUCHEN JUSTIN,

                              Plaintiff,

              -against-

DAVID GEFFEN and ITHAKA TRUST,

                          Defendants,

              -and-

*LE NEZ*,
    a sculpture,

                        Defendant-in-rem.
-----------------------------------------------------------------X

**25 Civ. No. 995 (AT) (GS)**

<u>**ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

      The Court has reviewed the papers submitted by Defendants and Counterclaim-Plaintiffs David Geffen and Ithaka Trust ("Defendants") in support of their motions for issuance of a Hague Convention Request for international judicial assistance to France (Dkt. Nos. 32-35) and to Singapore (Dkt. Nos. 37-40).  The Court has also reviewed the letter submitted by Plaintiff Justin Sun concerning the motion seeking assistance from France (the "France Motion").  (Dkt. No. 36).

      The Court is prepared to sign the proposed Orders accompanying the motions (Dkt. Nos. 35 & 40), <u>provided</u> that the material that appears at pages 2 through 7 of the Letter of Request to France (Dkt. No. 34-1) is removed or revised.  The material in question contains a highly partisan summary of the facts of the case from Defendants' perspective, mirroring that set forth in Defendants' Memorandum of Law in support of the France Motion.  (*See* Dkt. No. 33 at 2-7). The proposed Order with respect to the France Motion recites that this Letter of Request "is

hereby issued as the Court's 'Letter of Request' and is fully incorporated herein." (Dkt. No. 35 at 1). The Court has formed no view as to the merits of this matter and it would be inappropriate for an Order to be issued in the Court's name that may be viewed as endorsing one side's version of the dispute over the other.

Accordingly, Defendants are directed to submit a new Declaration from Mr. Nagy, with a revised Letter of Request attached as Exhibit A thereto, in support of the France Motion. Defendants are also directed to submit revised proposed Orders for both motions substituting the name of the undersigned for that of Judge Torres and, in the case of the proposed Order for the France Motion, making clear (by referencing either the date of Mr. Nagy's revised Declaration or its docket number) that the "Letter of Request" referred to in Paragraph 2 is the revised Letter of Request that will be attached to Mr. Nagy's revised Declaration.

**SO ORDERED.**

DATED:    New York, New York
          November 20, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2