# NAGY WOLFE APPLETON LLP

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

Tibor L. Nagy, Jr.
tibor@nagylaw.com

**VIA ECF**                                                                                                                    January 13, 2026

Hon. Gary Stein, U.S.M.J.
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 702
New York, NY 10007

Re:     *Sun v. Geffen*, No. 1:25-cv-00995

Dear Magistrate Judge Stein:

We write on behalf of Geffen concerning Sun's January 12, 2026 submission (Dkt. 78). Consistent with the offer in Geffen's December 19 letter to submit further briefing "should the Court require it," (Dkt. 75 at 2), Geffen is prepared to submit a reply or a formal motion to the extent this Court would consider it helpful in resolving the issues presented.

Otherwise, Defendants believe their December 19 letter already addresses the flaws evident in Sun's letter—including (a) Sun's continued refusal to provide a hit report on operative terms, depriving Geffen of any meaningful opportunity to modify them; and (b) Sun's claim that Liu's phone messages are irrelevant (Dkt. 78 at 2), despite, *e.g.*, the December 17, 2024 WhatsApp from Sun to Liu and others that Geffen cited in his letter, in which Sun described Liu as the person "from our team … responsible for the following up" on *Le Nez* (Dkt. 75 at 2).

We thank the Court for its attention to this matter.

Respectfully submitted,

Tibor L. Nagy, Jr.

*Counsel for Geffen and Ithaka Trust*