**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YUCHEN JUSTIN SUN,

                       Plaintiff,

           -against-

DAVID GEFFEN, *et al.,*

                   Defendants.
-----------------------------------------------------------------X

                              **25 Civ. No. 0995 (AT) (GS)**

                              **<u>VIDEO DISCOVERY</u>**
                          **<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Discovery Conference on **Wednesday, February 25, 2026 at 2:00 p.m.** to discuss the issues raised in Plaintiff's February 6, 2026 Letter Motion concerning subpoenas *duces tecum* served on non-parties David and Cole Tunkl and Ganymede International Inc. ("Non-Parties") (Dkt. No. 84). Counsel for the parties and the Non-Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [281 923 720 963 67] Passcode: [ik9vo9wE]**

        **SO ORDERED.**

DATED:    New York, New York
           February 10, 2026

                                      _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge