UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUN, YUCHEN JUSTIN,

    *Plaintiff and Counterclaim-Defendant,*

    -against-

DAVID GEFFEN and ITHAKA TRUST,

    *Defendants and Counterclaim-Plaintiffs,*

    -and-

*LE NEZ*,
    a sculpture,

    *Defendant-in-rem.*

Case No. 1:25-cv-00995

---

**ORDER GRANTING UNOPPOSED MOTION FOR ISSUANCE OF HAGUE CONVENTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE <u>TO OBTAIN EVIDENCE IN THE REPUBLIC OF SINGAPORE</u>**

    The Court, having reviewed Defendants and Counterclaim-Plaintiffs David Geffen and Ithaka Trust's Unopposed Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Obtain Evidence in the Republic of Singapore and the accompanying papers, HEREBY ORDERS THAT:

    1.    The Motion is GRANTED.

    2.    The Request for Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, attached as Exhibit A to the Declaration of Tibor L. Nagy, Jr. dated February 27, 2026, is hereby issued as the Court's "Letter of Request" and is fully incorporated herein.

1

3. The signed Order and the Letter of Request will be given to Nagy Wolfe Appleton LLP, which will cause both documents to be filed with the appropriate judicial authority in Singapore on behalf of Defendants and Counterclaim-Plaintiffs.

4. The Stipulation and Order of Confidentiality (ECF No. 31) in this action shall apply to any documents produced by Apenft Foundation Ltd. ("Apenft"), and the testimony of its directors and/or officers, including any transcript or video. For purposes of enforcement of this Court's Letter of Request in Singapore, the High Court of Singapore shall be treated as the "Court" as that term is used in Paragraph 7(n) of the Stipulation and Order of Confidentiality.

5. Neither this Order, nor the terms of the Letter of Request (which are incorporated into this Order), shall be construed or operate as a waiver of any argument, position, objection, allegation, or claim or defense of any party in the above-captioned action, or of the attorney-client privilege, the work-product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of the Republic of Singapore, the United States of America, or the State of New York.

IT IS SO ORDERED.

DATED: March 4, 2026  
New York, New York

_____  
THE HONORABLE GARY STEIN  
UNITED STATES MAGISTRATE JUDGE