<div align="center">

# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

</div>

| 900 16th STREET, N.W. Suite 500<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |
|---|---|---|

<div align="right">March 10, 2026</div>

**VIA ECF**

Hon. Gary Stein, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Room 702
New York, New York 10007

      Re:    ***Sun v. Geffen* (Case No. 1:25-cv-00995) (AT) (GS)**

Dear Judge Stein:

      Together with the firm of Pryor Cashman LLP, we write on behalf of Plaintiff Justin Sun ("Sun") to request leave to file a letter opposing the March 5, 2026 letter motion filed by Defendants David Geffen and Ithaka Trust (together, "Geffen") (ECF No. 109) that exceeds Your Honor's page limitation for such letters by two pages.

      On March 5, 2026, Geffen filed a request seeking leave to file a 5-page letter motion to compel Sun to: (i) run additional search terms, and (ii) review all of Sun's communications with Sydney Xiong. (ECF No. 107.) Geffen stated that he had no objection to Sun receiving the same extension for Sun's responsive submission. *Id.* The Court granted Geffen's request (ECF No. 108), and Geffen filed a 5-page letter with 16 pages of exhibits (ECF No. 109).

      So that Sun may adequately address the numerous issues raised in Geffen's letter motion, including those in Geffen's exhibits, Sun respectfully requests permission to file a 5-page responsive letter. Sun's proposed 5-page letter is attached hereto as Exhibit 1.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ *Samson A. Enzer*
Samson A. Enzer

/s/ *William L. Charron*
William L. Charron

*Counsel for Justin Sun*

</div>