**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

YUCHEN JUSTIN SUN,

      Plaintiff and Counterclaim Defendant,

      -against-

DAVID GEFFEN and ITHAKA TRUST,

      Defendants and Counterclaim Plaintiffs.

      -and-

*LE NEZ*, a sculpture,

      Defendant-in-rem.

-------------------------------------------------------------------X

**25 Civ. No. 995 (AT) (GS)**

**ORDER SCHEDULING
ORAL ARGUMENT**

**GARY STEIN, United States Magistrate Judge:**

The Court will hold oral argument on the following pending motions to compel: Dkt.

Nos. 109, 119, 135, and 145.  The parties are ordered to appear on **May 21, 2026, at 10:00 AM**,

in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

      **SO ORDERED.**

DATED:    New York, New York
         May 1, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge