# NAGY WOLFE APPLETON LLP

Tibor L. Nagy, Jr.
tibor@nagylaw.com

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

**VIA ECF**

**MEMO ENDORSED** May 15, 2026

Hon. Gary Stein, U.S.M.J.
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 702
New York, NY 10007

**GEFFEN'S REQUEST FOR LEAVE TO FILE UNDER SEAL**

Re:    *Sun v. Geffen*, No. 1:25-cv-00995

Dear Magistrate Judge Stein:

Pursuant to Section II(H) of Your Honor's Individual Practices and Section 6 of the Court's ECF Rules, Defendants David Geffen and Ithaka Trust (collectively, "Geffen") respectfully request leave to file under seal Geffen's reply letter in further support of his motion to compel Sun to provide access to non-party Sydney Xiong's devices, and to file a redacted version of that letter on the public docket.

The proposed sealed filing quotes language from a document produced in this litigation by non-party Sotheby's and designated "Confidential" under the Stipulation and Protective Order entered in this action (ECF No. 31). Geffen takes no position at this time as to whether the quoted material warrants continued sealing, and files this motion to afford Sotheby's (and any other interested party) an opportunity to address the propriety of sealing. Geffen is contemporaneously filing (i) the proposed sealed letter under seal and (ii) a publicly redacted version, with the quoted language redacted, on the public docket.

Respectfully submitted,

Tibor L. Nagy, Jr.

*Counsel for David Geffen and Ithaka Trust*

Application granted. Geffen shall file the reply under seal by no later than May 20, 2026. SO ORDERED.

Dated: May 19, 2026
       New York, New York

**SO ORDERED:**

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE