UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
YUCHEN JUSTIN SUN,

      Plaintiff and Counterclaim Defendant,

            -against-                **25 Civ. No. 995 (AT) (GS)**

DAVID GEFFEN and ITHAKA                **ORDER**
TRUST,

      Defendants and Counterclaim Plaintiffs.

            -and-

*LE NEZ*, a sculpture,

      Defendant-in-rem.

-----------------------------------------------------------------
**GARY STEIN, United States Magistrate Judge:**

On May 22, 2026, the Court held a conference to hear oral argument on the letter motions pending at Docket Nos. 109, 119, 135, and 145. For the reasons given, and to the extent indicated, at the conference:

1. David Geffen and Ithaka Trust's ("Geffen") letter motion to compel Justin Sun ("Sun") to review (i) documents using Geffen's proposed search terms, and (ii) Sun's communications with Sydney Xiong during the relevant period (Dkt. No. 109) is **GRANTED IN PART** and **DENIED IN PART**.

2. Sun's letter motion to compel documents concerning the Tunkls and the Two Paintings (Dkt. No. 135) is **GRANTED**.

3. Sun's letter motion to compel documents concerning *Le Nez* (Dkt. No. 145) is

1

GRANTED.

Accordingly, the Clerk of Court is respectfully requested to close the motions pending at Docket Nos. 109, 135, and 145.

SO ORDERED.

DATED:   New York, New York
         May 26, 2026

GARY STEIN
United States Magistrate Judge

2