**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
YUCHEN JUSTIN SUN,

      Plaintiff and Counterclaim Defendant,

              -against-

DAVID GEFFEN and ITHAKA
TRUST,

      Defendants and Counterclaim Plaintiffs.

              -and-

*LE NEZ*, a sculpture,

      Defendant-in-rem.

-----------------------------------------------------------------

**25 Civ. No. 995 (AT) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      The Court will hold Oral Argument on the following pending motions to compel: Dkt. Nos 153 & 155.  The parties are ordered to appear on Thursday, June 11, 2026 at 11:00 a.m. in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

      **SO ORDERED.**

DATED:    New York, New York
           May 26, 2026

                                    _____
                                    GARY STEIN
                                    United States Magistrate Judge

1