# NAGY WOLFE APPLETON LLP

Tibor L. Nagy, Jr.
tibor@nagylaw.com

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

**VIA ECF**                                                                                         June 3, 2026

Hon. Gary Stein, U.S.M.J.
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 702          **GEFFEN'S REQUEST FOR LEAVE TO FILE UNDER SEAL**
New York, NY 10007

Re:    *Sun v. Geffen*, No. 1:25-cv-00995    **MEMO ENDORSED**

Dear Magistrate Judge Stein:

Pursuant to Section II(H) of Your Honor's Individual Practices and Section 6 of the Court's ECF Rules, Defendants David Geffen and Ithaka Trust (collectively, "Geffen") respectfully request leave to file under seal Geffen's Letter Motion for Leave to Supplement the Record and Geffen's Supplemental Letter Brief in Support of His Motions to Compel (ECF Nos. 153, 155), and to file redacted versions of those letters on the public docket.

The proposed sealed filings quote language from documents produced in this litigation and designated "Confidential" under the Stipulation and Protective Order entered in this action (ECF No. 31). Geffen is contemporaneously filing (i) the proposed sealed letters under seal and (ii) publicly redacted versions, with the quoted language redacted, on the public docket.

Respectfully submitted,

Tibor L. Nagy, Jr.

*Counsel for David Geffen and Ithaka Trust*

Application granted. Sun shall file a response to Geffen's supplemental brief, if any, by Friday, June 12, 2026. Additionally, the oral argument scheduled for June 11, 2026, is now adjourned to June 23, 2026, at 2:00 PM. The Court shall issue a rescheduling order under separate cover. There shall be no further briefing on the letter-motions under Dkt. Nos. 153 and 155. SO ORDERED.

Dated: June 8, 2026
       New York, New York

**SO ORDERED:**

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**