# NAGY WOLFE APPLETON LLP

Tibor L. Nagy, Jr.
tibor@nagylaw.com

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

**VIA ECF**                                                                    June 8, 2026

Hon. Gary Stein, U.S.M.J.
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 702
New York, NY 10007

**GEFFEN'S REQUEST FOR LEAVE TO FILE UNDER SEAL**

**MEMO ENDORSED**

**Re:** *Sun v. Geffen*, No. 1:25-cv-00995

Dear Magistrate Judge Stein:

Pursuant to Section II(H) of Your Honor's Individual Practices and Section 6 of the Court's ECF Rules, Defendants David Geffen and Ithaka Trust (collectively, "Geffen") respectfully request leave to file under seal Geffen's Letter Motion to Compel Sun to Produce BVI – Global Atlas Limited's Documents and Respond to Discovery Requests, together with Exhibits 1 and 4 thereto, and to file a redacted version of that letter on the public docket.

The proposed sealed filing quotes language from, and the accompanying Exhibits 1 and 4 consist of, documents produced in this litigation by Plaintiff Justin Sun ("Sun") and designated "Confidential" under the Stipulation and Protective Order entered in this action (ECF No. 31). Exhibit 1 is a Contract for Services between BVI – Global Atlas Limited and Sydney Xiong; Exhibit 4 is a compilation of BVI – Global Atlas Limited disbursement journals. Geffen takes no position at this time as to whether the quoted material or these exhibits warrant continued sealing, and files this motion to afford Sun (and any other interested party) an opportunity to address the propriety of sealing. Geffen is contemporaneously filing (i) the proposed sealed letter and Exhibits 1 and 4 under seal and (ii) a publicly redacted version of the letter, with the quoted language redacted and slip-sheets substituted for Exhibits 1 and 4, on the public docket.

Respectfully submitted,

Tibor L. Nagy, Jr.

*Counsel for David Geffen and Ithaka Trust*

Application granted.  SO ORDERED.

Dated: June 17, 2026
          New York, New York

SO ORDERED:

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**