# NAGY WOLFE APPLETON LLP

Tibor L. Nagy, Jr.
tibor@nagylaw.com

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

**VIA ECF**

**MEMO ENDORSED**

June 18, 2026

Hon. Gary Stein, U.S.M.J.
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 702
New York, NY 10007

**GEFFEN'S REQUEST FOR LEAVE TO FILE UNDER SEAL**

Re:     ***Sun v. Geffen*, No. 1:25-cv-00995**

Dear Magistrate Judge Stein:

Pursuant to Section II(H) of Your Honor's Individual Practices and Section 6 of the Court's ECF Rules, Defendants David Geffen and Ithaka Trust (collectively, "Geffen") respectfully request leave to file under seal Geffen's Letter Motion For Leave to File Excess Pages, together with Exhibit A thereto—Geffen's proposed Letter Motion to Compel Discovery Concerning Sun's Improper Redactions (the "Proposed Motion")—and to file a public version of the foregoing on the docket with document images in the Proposed Motion redacted.

The Proposed Motion contains images of documents Plaintiff Justin Sun ("Sun") has produced in this action bearing the redactions at issue. Sun has designated those documents "Confidential" under the Stipulation and Protective Order entered in this action (ECF No. 31). Geffen takes no position at this time as to whether these materials warrant continued sealing, and files this motion to afford Sun (and any other interested party) an opportunity to address the propriety of sealing. Geffen is contemporaneously filing the foregoing under seal and, on the public docket, a version which redacts the document images included in the Proposed Motion.

Application granted. SO ORDERED.

Date:   June 24, 2026

Respectfully submitted,

Tibor L. Nagy, Jr.

*Counsel for David Geffen and Ithaka Trust*

Gary Stein
United States Magistate Judge
Southern District of New York