**NAGY WOLFE APPLETON LLP**
31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

Tibor L. Nagy, Jr.
tibor@nagylaw.com

**VIA ECF**

July 2, 2026

Hon. Gary Stein, U.S.M.J.
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 702
New York, NY 10007

**GEFFEN'S REQUEST FOR LEAVE TO FILE UNDER SEAL**

**Re: *Sun v. Geffen*, No. 1:25-cv-00995**

**MEMO ENDORSED**

Dear Magistrate Judge Stein:

Pursuant to Section III(H) of Your Honor's Individual Practices and Section 6 of the Court's ECF Rules, Defendants David Geffen and Ithaka Trust (collectively, "Geffen") respectfully request leave to file under seal Geffen's Letter Motion for Leave to File Excess Pages, together with Exhibit A thereto—Geffen's proposed Letter Motion to Compel Discovery Concerning Sun's Cryptocurrency Wallet and Blockchain Transactions (the "Proposed Motion")—and to file a redacted version of the foregoing on the public docket.

The Proposed Motion quotes language from documents produced by Sun and Kraken in this litigation designated "Confidential" under the Stipulation and Protective Order entered in this action (Dkt. 31). Geffen takes no position at this time as to whether the quoted material warrants continued sealing, and files this motion to afford Plaintiff (and any other interested party) an opportunity to address the propriety of sealing. Geffen is contemporaneously filing (i) the Proposed Motion under seal, and (ii) a publicly redacted version, with the quoted language redacted, on the public docket.

Application granted. SO ORDERED.

Date: July 9, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

Respectfully submitted,

Tibor L. Nagy, Jr.

*Counsel for David Geffen and Ithaka Trust*