**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

YUCHEN JUSTIN SUN,

Plaintiff,

-against-

DAVID GEFFEN, *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 0995 (AT) (GS)**

**ORAL ARGUMENT**

**GARY STEIN, United States Magistrate Judge:**

An oral argument for the plaintiff's Motion for Leave to File a First Amended Complaint (see dkt. no. 261) is scheduled on **Friday, November 13, 2026 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED: New York, New York
October 7, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge