CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

October 26, 2026

**VIA ECF**

Honorable Analisa Torres
United States District Court (S.D.N.Y.)
500 Pearl Street, Room 15D
New York, NY 10007

**Re: *Sun* v. *Geffen et al.*, No. 25-cv-00995 (S.D.N.Y.)**

Dear Judge Torres:

Plaintiff Sun Yuchen Justin ("Mr. Sun") and Defendants David Geffen and Ithaka Trust (together, "Geffen") respectfully submit this joint letter motion requesting the following extension of deadlines set forth in the Court's Order Granting the Parties' Motion Requesting an Adjournment of the Case Management Conference (ECF No. 207):

| Event | Original Date | New Date |
|---|---|---|
| Case Management Conference | November 2, 2026 | After September 1, 2027 |

This is the parties' third request to adjourn the date for this case management conference. (ECF Nos. 41 and 199).

This request is warranted because the case management conference was originally scheduled to occur after the completion of fact discovery on October 30, 2026. (ECF No. 86). Pursuant to the Court's Order Granting a Joint Request for Extension, the fact discovery deadline was extended from October 30, 2026 to September 1, 2027. (ECF No. 259). The parties stipulate that it would be most efficient to hold the case management conference after the close of fact discovery. Accordingly, the parties jointly and respectfully request that the case management conference be adjourned from November 2, 2026 to a date after September 1, 2027.

We thank the Court for its attention to this matter. We are available to answer any questions the Court may have.

Respectfully submitted,

**NAGY WOLFE APPLETON LLP**

*/s/ Tibor L. Nagy, Jr.*
Tibor L. Nagy, Jr.
31 East 62nd Street, 6th Floor
New York, New York 10065
(646) 494-4900
tibor@nagylaw.com

*Attorneys for Defendants and Counterclaim-Plaintiffs*

**CAHILL GORDON & REINDEL LLP**

*/s/ Samson A. Enzer*
Samson A. Enzer
32 Old Slip
New York, New York 10005
(212) 701-3000
senzer@cahill.com

**PRYOR CASHMAN LLP**

*/s/ William L. Charron*
William L. Charron
7 Times Square
New York, New York 10036
(212) 421-4100
wcharron@pryorcashman.com

*Attorneys for Plaintiff and Counterclaim-Defendant*