USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN, YUCHEN JUSTIN,

Plaintiff and Counterclaim Defendant,

-against-

DAVID GEFFEN and ITHAKA TRUST,

Defendants and Counterclaim Plaintiffs,

-and-

*LE NEZ*,
a sculpture,

Defendant-in-rem.

25 Civ. 995 (AT) (GS)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter requesting an adjournment of the case management conference scheduled for November 2, 2026. *See* ECF Nos. 207 (order scheduling conference), 291 (joint letter). Accordingly, the case management conference scheduled before the undersigned is ADJOURNED to **September 13, 2027**, at **11:00 a.m.**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 291.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ANALISA TORRES
United States District Judge